In re:                                                                                          Case No. 21-01483-HWV

Dyann Daylida                                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5      User: AutoDocke      Page 1 of 3

Date Rcvd: Jul 28, 2021      Form ID: pdf010      Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dyann Daylida, 563 Orchard Street, Warrior Run, PA 18706-1119 |
| 5422189 | + | Advanced Recovery Systems, PO Box 120991, San Diego CA 92112-0991 |
| 5422190 | | Aegis Sciences Corporation, PO Box 1820, Oaks PA 19456-1820 |
| 5423004 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5422192 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 5805 Sepulveda Blvd. 4th floor, Sherman Oaks CA 91411 |
| 5422197 | + | Commenity Capital Ulta, PO Box 182120, Columbus OH 43218-2120 |
| 5422198 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5422200 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5422201 | | IC System Inc, PO Box 64378, St. Paul, MN 55164-0378 |
| 5422202 | | Intermountain Medical Group, 610 Wyoming Ave., Kingston, PA 18704-3787 |
| 5422203 | + | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre PA 18711-1004 |
| 5422212 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 5422208 | | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg PA 17106-9703 |
| 5422209 | | Pennsylvania Department of Revenue, 2 Revenue Place, Harrisburg PA 17129-0002 |
| 5422210 | | Pennsylvania Physicians Services, Mailstop 49111298, PO Box 660827, Dallas TX 75266-0827 |
| 5422215 | | Progressive Insurance, 300 N Commons Blvd, Datalah Mayfield Village OH 44143-1589 |
| 5422218 | + | WARRIOR RUN AUTHORITY INC, C/O DAVID R LIPKA, ESQ, 50 EAST MAIN STREET, PLYMOUTH PA 18651-3017 |
| 5422219 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18764-0001 |
| 5422220 | | Wilkes Barre General Hospital, PO Box 637907, Cincinnati OH 45263-7907 |
| 5422221 | + | World Financial Capital Bank, 2855 East Cottonwood Parkway, Suite 100, Salt Lake City, UT 84121-7038 |
| 5422222 | | Wyoming Valley Santitary Authority, PO Box 33A, Wilkes Barre PA 18702 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Jul 28 2021 18:46:27 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5422191 | | Email/Text: ally@ebn.phinsolutions.com | Jul 28 2021 18:35:00 | Ally Financial, PO Box 380901, Bloomington, MN 554380901 |
| 5422193 | + | Email/Text: bankrupt@choicerecovery.com | Jul 28 2021 18:35:00 | Choice Recovery Inc, 1550 Old Henderson Road, Suite 100, Columbus OH 43220-3662 |
| 5422194 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 18:36:00 | Commenity Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5422195 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 18:36:00 | Commenity Bank Victoria's Secret, PO Box 182789, Columbus OH 43218-2789 |
| 5422196 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jul 28 2021 18:36:00 | Commenity Capital Bank, PO Box 182120, Columbus OH 43218-2120 |

| Recip ID | | Method | Date/Time | Name and Address |
| --- | --- | --- | --- | --- |
| 5422199 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jul 28 2021 18:36:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh PA 15205-3956 |
| 5422204 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2021 18:36:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 5422205 | + | Email/Text: bankruptcydpt@mcmcg.com | Jul 28 2021 18:36:00 | Midland Funding LLC, 320 East Big Beaver, Troy MI 48083-1238 |
| 5422206 | + | Email/Text: mmrgbk@miramedrg.com | Jul 28 2021 18:36:00 | Miramed Revenue Group, Dept 77304, PO Box 77000, Detroit MI 48277-2000 |
| 5422211 | | Email/Text: Bankruptcy.Notices@pnc.com | Jul 28 2021 18:36:00 | PNC Bank, PO Box 3180, Pittsburgh PA 15230 |
| 5422213 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2021 18:46:25 | Portfolio Recovery, 120 Corporate Boulevard, Suite 100, Norfolk VA 23502 |
| 5422214 | | Email/Text: pasi_bankruptcy@chs.net | Jul 28 2021 18:36:00 | Professional Account Services Inc, PO Box 188, Brentwood TN 37024-0188 |
| 5423505 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2021 18:36:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5422216 | | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 18:46:25 | Synchrony Bank, PO Box 965036, Orlando FL 32896-5036 |
| 5422217 | + | Email/PDF: gecsedi@recoverycorp.com | Jul 28 2021 18:46:27 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 16

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 5422207 | ##+ | Northeast Revenue Service LLC, 1170 Highway 315 Suite 5, Plains PA 18702-6906 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2021         Signature:         /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2021 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Dyann Daylida johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Rebecca Ann Solarz | |

　　　　　　　　　　　　　　　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

United States Trustee

　　　　　　　　　　　　　　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: DYANN DAYLIDA | : | CHAPTER 13 |
| Debtors | : | CASE NO.: 5:21-bk-01483 |
| | : | MOTION TO EXTEND STAY |

### ORDER

Upon consideration of the Debtor's Motion to Extend the Automatic Stay (the "Motion") and upon notice and an opportunity for a hearing, and good cause having been demonstrated by the Debtor to warrant the relief requested, it is hereby

ORDERED that the motion is GRANTED and that the automatic stay in this matter is extended as to all creditors pending further Order of this Court.

Dated: July 28, 2021

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Chief Bankruptcy Judge (MS)