In re:                                                 Case No. 21-01483-MJC

Dyann Daylida                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                         User: AutoDocke                         Page 1 of 3

Date Rcvd: Aug 10, 2021                 Form ID: ntcnfhrg                     Total Noticed: 37

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 12, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dyann Daylida, 563 Orchard Street, Warrior Run, PA 18706-1119 |
| 5422189 | + | Advanced Recovery Systems, PO Box 120991, San Diego CA 92112-0991 |
| 5422190 | | Aegis Sciences Corporation, PO Box 1820, Oaks PA 19456-1820 |
| 5423004 | + | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5422192 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, 5805 Sepulveda Blvd. 4th floor, Sherman Oaks CA 91411 |
| 5422197 | + | Commenity Capital Ulta, PO Box 182120, Columbus OH 43218-2120 |
| 5422198 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5422200 | | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5422201 | | IC System Inc, PO Box 64378, St. Paul, MN 55164-0378 |
| 5422202 | | Intermountain Medical Group, 610 Wyoming Ave., Kingston, PA 18704-3787 |
| 5422203 | + | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre PA 18711-1004 |
| 5422212 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 5422208 | | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg PA 17106-9703 |
| 5422209 | | Pennsylvania Department of Revenue, 2 Revenue Place, Harrisburg PA 17129-0002 |
| 5422210 | | Pennsylvania Physicians Services, Mailstop 49111298, PO Box 660827, Dallas TX 75266-0827 |
| 5422215 | | Progressive Insurance, 300 N Commons Blvd, Datalah Mayfield Village OH 44143-1589 |
| 5422218 | + | WARRIOR RUN AUTHORITY INC, C/O DAVID R LIPKA, ESQ, 50 EAST MAIN STREET, PLYMOUTH PA 18651-3017 |
| 5422219 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18764-0001 |
| 5422220 | | Wilkes Barre General Hospital, PO Box 637907, Cincinnati OH 45263-7907 |
| 5422221 | + | World Financial Capital Bank, 2855 East Cottonwood Parkway, Suite 100, Salt Lake City, UT 84121-7038 |
| 5422222 | | Wyoming Valley Santitary Authority, PO Box 33A, Wilkes Barre PA 18702 |

TOTAL: 21

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@americaninfosource.com | Aug 10 2021 18:57:24 | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5422191 | | Email/Text: ally@ebn.phinsolutions.com | Aug 10 2021 18:41:00 | Ally Financial, PO Box 380901, Bloomington, MN 554380901 |
| 5422193 | + | Email/Text: bankrupt@choicerecovery.com | Aug 10 2021 18:41:00 | Choice Recovery Inc, 1550 Old Henderson Road, Suite 100, Columbus OH 43220-3662 |
| 5422194 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2021 18:41:00 | Commenity Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5422195 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2021 18:41:00 | Commenity Bank Victoria's Secret, PO Box 182789, Columbus OH 43218-2789 |
| 5422196 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 10 2021 18:41:00 | Commenity Capital Bank, PO Box 182120, Columbus OH 43218-2120 |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5422199 | + | Email/Text: bdsupport@creditmanagementcompany.com | Aug 10 2021 18:41:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh PA 15205-3956 |
| 5422204 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 10 2021 18:41:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2709 |
| 5422205 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 10 2021 18:41:00 | Midland Funding LLC, 320 East Big Beaver, Troy MI 48083-1238 |
| 5422206 | + | Email/Text: mmrgbk@miramedrg.com | Aug 10 2021 18:41:00 | Miramed Revenue Group, Dept 77304, PO Box 77000, Detroit MI 48277-2000 |
| 5422211 | | Email/Text: Bankruptcy.Notices@pnc.com | Aug 10 2021 18:41:00 | PNC Bank, PO Box 3180, Pittsburgh PA 15230 |
| 5422213 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 10 2021 18:57:22 | Portfolio Recovery, 120 Corporate Boulevard, Suite 100, Norfolk VA 23502 |
| 5422214 | | Email/Text: pasi_bankruptcy@chs.net | Aug 10 2021 18:41:00 | Professional Account Services Inc, PO Box 188, Brentwood TN 37024-0188 |
| 5423505 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Aug 10 2021 18:41:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5422216 | | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2021 18:57:27 | Synchrony Bank, PO Box 965036, Orlando FL 32896-5036 |
| 5422217 | + | Email/PDF: gecsedi@recoverycorp.com | Aug 10 2021 18:57:24 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 16

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5422207 | ##+ | Northeast Revenue Service LLC, 1170 Highway 315 Suite 5, Plains PA 18702-6906 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 12, 2021     Signature:     /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 10, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Dyann Daylida johnvfisher@yahoo.com fisherlawoffice@yahoo.com |

Rebecca Ann Solarz　　　　　　　on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com

United States Trustee　　　　　　ustpregion03.ha.ecf@usdoj.gov

TOTAL: 4

| | | |
|---|---|---|
| **UNITED STATES BANKRUPTCY COURT** <br> MIDDLE DISTRICT OF PENNSYLVANIA ||| 
| In re: ||| 
| Dyann Daylida, <br> aka Dyann E Welsh, aka Dyann E Daylida, | Chapter | 13 |
| **Debtor 1** | Case No. | 5:21−bk−01483−MJC |

## Notice

The hearing on confirmation of the Plan of reorganization of Debtor 1 is scheduled for the date indicated below.

**September 29, 2021** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| United States Bankruptcy Court <br> Max Rosenn US Courthouse, <br> Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: October 6, 2021 <br><br> Time: 09:30 AM |
|---|---|

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

**FACE MASKS AND APPROPRIATE SOCIAL DISTANCING WILL BE REQUIRED IN THE COURTROOM.**

Initial requests for a continuance of hearing *( L.B.F. 9013−3, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Electronic equipment, including cell phones, pagers, laptops, etc., will be inspected upon entering the Courthouse. These devices may be used in common areas and should be turned to silent operation upon entering the Courtroom and Chambers.

Photo identification is required upon entering the Courthouse.

| **Address of the Bankruptcy Clerk's Office:** <br> Max Rosenn U.S. Courthouse <br> 197 South Main Street <br> Wilkes−Barre, PA 18701 <br> (570) 831−2500 | **For the Court:** <br> Terrence S. Miller <br> Clerk of the Bankruptcy Court: <br> By: ChristopherGambini, Deputy Clerk |
|---|---|
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 10, 2021 |

ntcnfhrg (08/21)