IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
WILKES-BARRE DIVISION

IN RE: | CASE NO.: 5:21-BK-01483-MJC

DYANN DAYLIDA
aka DYANN E WELSH
aka DYANN E DAYLIDA

Debtor

CHAPTER 13

Nature of Proceeding: Stipulation Resolving Ally Financial's Motion for Relief from Automatic Stay

ALLY FINANCIAL        Claimant

Pleading: Ally Financial's Motion for Relief from Automatic Stay

Document#: 46

## REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST

CHECK ONE:

☐ The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

☒ The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one)

    ☒ Thirty (30) days.

    ☐ Forty-five (45) days.

    ☐ Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 25, 2022

/s/ Regina Cohen
Regina Cohen Attorney for

Ally Financial