IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE: DYANN DAYLIDA : Chapter 13
:
Debtors : Case No. 5:21-bk-01483

## CERTIFICATION OF NO ANSWER/REPONSE

AND NOW COMES the Debtor, by and through Attorney John Fisher, and files the following Certification of No Answer/Response averring as follows:

1. On December 19, 2022, Attorney for Debtor filed a motion for reconsideration.

2. This Honorable Court set the objection deadline at January 4, 2022.

3. No objections or responses were filed and Attorney Denise Carlon indicated via e-mail that her client, PNC Bank, had no intent to oppose the Motion for Reconsideration.

WHEREFORE, the Debtor respectfully requests that this Honorable Court enter an order granting the Motion for Reconsideration.

Date: January 5, 2023                                  s/ John Fisher
                                                       John Fisher, Esq.
                                                       Attorney for Debtor
                                                       126 South Main Street
                                                       Pittston, PA 18640