**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| | : | |
| Dyann Daylida, | : | Case No. 5:21-bk-01483-MJC |
| | : | |
| Debtor. | : | |

:::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::::

**ORDER APPROVING MOTION TO MODIFY**
**CONFIRMED CHAPTER 13 PLAN**

Upon consideration of the Motion to Modify Confirmed Chapter 13 Plan filed on October 12, 2023, Dkt. # 64 ("Motion"), and the Debtor having certified that Notice was sent to all creditors and parties in interest entitled to receive notice, it is hereby **ORDERED** that the Motion is **GRANTED** and the Debtor's Amended Plan filed in conjunction with the Motion is hereby approved and shall be **ADOPTED** as the Confirmed Chapter 13 Plan, as Modified.

By the Court,

_____

Mark J. Conway, Bankruptcy Judge
Dated: November 8, 2023