IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: DYANN DAYLIDA | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 5:21-bk-01483-MJC |

**ORDER**

Upon consideration of the Motion to Dismiss the above captioned case having been filed by Debtor, Dkt. # 70 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and that the above captioned case is hereby dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 5, 2024