# Notice Recipients

District/Off: 0314−5   User: AutoDocketer   Date Created: 1/5/2024
Case: 5:21−bk−01483−MJC   Form ID: pdf010   Total: 47

**Recipients of Notice of Electronic Filing:**
ust   United States Trustee   ustpregion03.ha.ecf@usdoj.gov
tr   Jack N Zaharopoulos   info@pamd13trustee.com
aty   Brian Nicholas   bnicholas@kmllawgroup.com
aty   Denise E. Carlon   bkgroup@kmllawgroup.com
aty   John Fisher   johnvfisher@yahoo.com
aty   Regina Cohen   rcohen@lavin−law.com

TOTAL: 6

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
db   Dyann Daylida   563 Orchard Street   Warrior Run, PA 18706
cr   Ally Financial, c/o AIS Portfolio Services, LP   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118
cr   Ally Financial   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118
5422189   Advanced Recovery Systems   PO Box 120991   San Diego CA 92112
5422190   Aegis Sciences Corporation   PO Box 1820   Oaks PA 19456−1820
5423004   Ally Financial   AIS Portfolio Services, LP   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118
5422191   Ally Financial   PO Box 380901   Bloomington, MN 554380901
5434634   Ally Financial c/o AIS Portfolio Services, LP   4515 N Santa Fe Ave. Dept. APS   Oklahoma City, OK 73118
5422192   Caine & Weiner   5805 Sepulveda Blvd. 4th floor   Sherman Oaks CA 91411
5422193   Choice Recovery Inc   1550 Old Henderson Road   Suite 100   Columbus OH 43220
5422194   Commenity Bank   PO Box 182120   Columbus OH 43218−2120
5422195   Commenity Bank Victoria's Secret   PO Box 182789   Columbus OH 43218−2789
5422196   Commenity Capital Bank   PO Box 182120   Columbus OH 43218
5422197   Commenity Capital Ulta   PO Box 182120   Columbus OH 43218
5422198   Commonwealth Health   PO Box 637289   Cincinnati OH 45263−0877
5422199   Credit Management Company   2121 Noblestown Rd   Pittsburgh PA 15205
5422200   Geisinger   100 North Academy Ave   Danville PA 17822−3941
5422201   IC System Inc   PO Box 64378   St. Paul, MN 55164−0378
5422202   Intermountain Medical Group   610 Wyoming Ave.   Kingston, PA 18704−3787
5422203   Luzerne County Tax Claim Bureau   200 North River Street   Wilkes−Barre PA 18711
5422204   Midland Credit Management   2365 Northside Drive   Suite 300   San Diego, CA 92108
5422205   Midland Funding LLC   320 East Big Beaver   Troy MI 48083
5422206   Miramed Revenue Group   Dept 77304   PO Box 77000   Detroit MI 48277
5422207   Northeast Revenue Service LLC   1170 Highway 315 Suite 5   Plains PA 18702
5422211   PNC Bank   PO Box 3180   Pittsburgh PA 15230
5422212   PNC Bank Mortgage Services   PO Box 8703   Dayton, OH 45401−8703
5432655   PNC Bank, N.A.   P.O. Box 94982   Cleveland, OH 44101
5422208   Penn Credit Corporation   2800 Commerce Drive   PO Box 69703   Harrisburg PA 17106−9703
5422209   Pennsylvania Department of Revenue   2 Revenue Place   Harrisburg PA 17129−0002
5423505   Pennsylvania Department of Revenue   Bankruptcy Division PO BOX 280946   Harrisburg, PA 17128
5422210   Pennsylvania Physicians Services   Mailstop 49111298   PO Box 660827   Dallas TX 75266−0827
5422213   Portfolio Recovery   120 Corporate Boulevard   Suite 100   Norfolk VA 23502
5422214   Professional Account Services Inc   PO Box 188   Brentwood TN 37024−0188
5422215   Progressive Insurance   300 N Commons Blvd   Datalah Mayfield Village OH 44143−1589
5422216   Synchrony Bank   PO Box 965036   Orlando FL 32896−5036
5422217   Synchrony Bank/Lowes   PO Box 965005   Orlando, FL 32896
5422218   WARRIOR RUN AUTHORITY INC   C/O DAVID R LIPKA, ESQ   50 EAST MAIN STREET   PLYMOUTH PA 18651
5422219   Wilkes Barre General Hospital   575 North River Street   Wilkes Barre PA 18764
5422220   Wilkes Barre General Hospital   PO Box 637907   Cincinnati OH 45263−7907
5422221   World Financial Capital Bank   2855 East Cottonwood Parkway   Suite 100   Salt Lake City, UT 84121
5422222   Wyoming Valley Santitary Authority   PO Box 33A   Wilkes Barre PA 18702

TOTAL: 41