In re:                                                                    Case No. 21-01483-MJC

Dyann Daylida                                          Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5                              User: AutoDocke                                                 Page 1 of 3

Date Rcvd: Jan 05, 2024                      Form ID: pdf010                                       Total Noticed: 39

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 07, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dyann Daylida, 563 Orchard Street, Warrior Run, PA 18706-1119 |
| 5422189 | + | Advanced Recovery Systems, PO Box 120991, San Diego CA 92112-0991 |
| 5422190 | | Aegis Sciences Corporation, PO Box 1820, Oaks PA 19456-1820 |
| 5422197 | + | Commenity Capital Ulta, PO Box 182120, Columbus OH 43218-2120 |
| 5422198 | | Commonwealth Health, PO Box 637289, Cincinnati OH 45263-0877 |
| 5422202 | | Intermountain Medical Group, 610 Wyoming Ave., Kingston, PA 18704-3787 |
| 5422203 | + | Luzerne County Tax Claim Bureau, 200 North River Street, Wilkes-Barre PA 18711-1004 |
| 5422212 | | PNC Bank Mortgage Services, PO Box 8703, Dayton, OH 45401-8703 |
| 5422209 | | Pennsylvania Department of Revenue, 2 Revenue Place, Harrisburg PA 17129-0002 |
| 5422210 | | Pennsylvania Physicians Services, Mailstop 49111298, PO Box 660827, Dallas TX 75266-0827 |
| 5422218 | + | WARRIOR RUN AUTHORITY INC, C/O DAVID R LIPKA, ESQ, 50 EAST MAIN STREET, PLYMOUTH PA 18651-3017 |
| 5422219 | + | Wilkes Barre General Hospital, 575 North River Street, Wilkes Barre PA 18764-0001 |
| 5422220 | | Wilkes Barre General Hospital, PO Box 637907, Cincinnati OH 45263-7907 |
| 5422221 | + | World Financial Capital Bank, 2855 East Cottonwood Parkway, Suite 100, Salt Lake City, UT 84121-7038 |
| 5422222 | | Wyoming Valley Santitary Authority, PO Box 33A, Wilkes Barre PA 18702 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2024 18:56:27 | Ally Financial, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5423004 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2024 18:56:44 | Ally Financial, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5422191 | | Email/Text: ally@ebn.phinsolutions.com | Jan 05 2024 18:48:00 | Ally Financial, PO Box 380901, Bloomington, MN 554380901 |
| 5434634 | + | Email/PDF: acg.acg.ebn@aisinfo.com | Jan 05 2024 18:56:35 | Ally Financial c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5422192 | | Email/Text: caineweiner@ebn.phinsolutions.com | Jan 05 2024 18:48:00 | Caine & Weiner, 5805 Sepulveda Blvd. 4th floor, Sherman Oaks CA 91411 |
| 5422193 | + | Email/Text: aalegalforwarding@wakeassoc.com | Jan 05 2024 18:48:00 | Choice Recovery Inc, 1550 Old Henderson Road, Suite 100, Columbus OH 43220-3662 |
| 5422194 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2024 18:48:00 | Commenity Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5422195 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Jan 05 2024 18:48:00 | Commenity Bank Victoria's Secret, PO Box 182789, Columbus OH 43218-2789 |
| 5422196 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | | |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Jan 05 2024 18:48:00 | Commenity Capital Bank, PO Box 182120, Columbus OH 43218-2120 |
| 5422199 | + | Email/Text: bdsupport@creditmanagementcompany.com | Jan 05 2024 18:48:00 | Credit Management Company, 2121 Noblestown Rd, Pittsburgh PA 15205-3956 |
| 5422200 | ^ | MEBN | Jan 05 2024 18:42:27 | Geisinger, 100 North Academy Ave, Danville PA 17822-3941 |
| 5422201 | | Email/Text: Bankruptcy@ICSystem.com | Jan 05 2024 18:48:00 | IC System Inc, PO Box 64378, St. Paul, MN 55164-0378 |
| 5422204 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2024 18:48:00 | Midland Credit Management, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 5422205 | + | Email/Text: bankruptcydpt@mcmcg.com | Jan 05 2024 18:48:00 | Midland Funding LLC, 320 East Big Beaver, Troy MI 48083-1238 |
| 5422206 | + | Email/Text: mmrgbk@miramedrg.com | Jan 05 2024 18:48:00 | Miramed Revenue Group, Dept 77304, PO Box 77000, Detroit MI 48277-2000 |
| 5422208 | | Email/Text: bankruptcies@penncredit.com | Jan 05 2024 18:48:00 | Penn Credit Corporation, 2800 Commerce Drive, PO Box 69703, Harrisburg PA 17106-9703 |
| 5422211 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2024 18:48:00 | PNC Bank, PO Box 3180, Pittsburgh PA 15230 |
| 5432655 | | Email/Text: Bankruptcy.Notices@pnc.com | Jan 05 2024 18:48:00 | PNC Bank, N.A., P.O. Box 94982, Cleveland, OH 44101 |
| 5422213 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jan 05 2024 18:56:44 | Portfolio Recovery, 120 Corporate Boulevard, Suite 100, Norfolk VA 23502 |
| 5422214 | | Email/Text: pasi_bankruptcy@chs.net | Jan 05 2024 18:48:00 | Professional Account Services Inc, PO Box 188, Brentwood TN 37024-0188 |
| 5423505 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 05 2024 18:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO BOX 280946, Harrisburg, PA 17128-0946 |
| 5422215 | | Email/Text: Triage_Bankruptcy_Notices@progressive.com | Jan 05 2024 18:48:00 | Progressive Insurance, 300 N Commons Blvd, Datalah Mayfield Village OH 44143-1589 |
| 5422216 | | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 18:56:26 | Synchrony Bank, PO Box 965036, Orlando FL 32896-5036 |
| 5422217 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Jan 05 2024 18:56:44 | Synchrony Bank/Lowes, PO Box 965005, Orlando, FL 32896-5005 |

TOTAL: 24

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *+ | Ally Financial, c/o AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 5422207 | ##+ | Northeast Revenue Service LLC, 1170 Highway 315 Suite 5, Plains PA 18702-6906 |

TOTAL: 0 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jan 07, 2024       Signature:       /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 5, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bnicholas@kmllawgroup.com |
| Denise E. Carlon | on behalf of Creditor PNC BANK NATIONAL ASSOCIATION bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Jack N Zaharopoulos | TWecf@pamd13trustee.com |
| John Fisher | on behalf of Debtor 1 Dyann Daylida johnvfisher@yahoo.com fisherlawoffice@yahoo.com |
| Regina Cohen | on behalf of Creditor Ally Financial rcohen@lavin-law.com mmalone@lavin-law.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: DYANN DAYLIDA | : | Chapter 13 |
| | : | |
| Debtor | : | Case No. 5:21-bk-01483-MJC |

## ORDER

Upon consideration of the Motion to Dismiss the above captioned case having been filed by Debtor, Dkt. # 70 ("Motion"), it is hereby

**ORDERED** that the Motion is **GRANTED** and that the above captioned case is hereby dismissed.

By the Court,

_____
Mark J. Conway, Bankruptcy Judge
Dated: January 5, 2024